FILED

2009 FEB 13 PM 1 08

PAMELA SCHNEIDER
CLERK OF THE DIST COURT

DEPUTY

William Charles Tharp, ISB #3499
E-mail: *btharp@greenerlaw.com*
GREENER BURKE SHOEMAKER P.A.
950 W. Bannock Street, Suite 900
Boise, ID 83702
Telephone: 208.319.2600
Fax: 208.319.2601

Thomas V. Dulcich, *anticipated pro hac vice* (OSB #802105; WSBA #13807)
Email: *tdulcich@schwabe.com*
SCHWABE, WILLIAMSON & WYATT, P.C.
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Fax: 503.796.2900
    Of Attorneys for Defendant,
    Society of Jesus, Oregon Province

IN THE DISTRICT COURT OF THE SECOND JUDICIAL DISTRICT OF THE

STATE OF IDAHO, IN AND FOR THE COUNTY OF NEZ PERCE

| | |
|---|---|
| MIA SONNECK; ALBERTA SENA; and DOROTHEA SKALICKY,<br><br>    Plaintiffs,<br><br>vs.<br><br>SOCIETY OF JESUS, OREGON PROVINCE; ROMAN CATHOLIC DIOCESE OF BOISE a/k/a THE CATHOLIC BISHOP OF BOISE, IDAHO,<br><br>    Defendants. | Case No. CV09-00156<br><br>DEFENDANT SOCIETY OF JESUS, OREGON PROVINCE'S MOTION TO MAKE MORE DEFINITE AND CERTAIN (ALBERTA SENA AND DOROTHEA SKALICKY) |

Defendant Society of Jesus, Oregon Province (the "Province"), having

contemporaneously filed a Rule 12 Motion to Dismiss as to co-plaintiff Mia Sonneck's

("Sonneck") complaint, moves the Court for an order requesting that Plaintiffs Alberta Sena

("Sena") and Dorothea Skalicky's ("Skalicky") make more definite and certain the allegations of

Page 1 -   DEFENDANT SOCIETY OF JESUS, OREGON PROVINCE'S
          MOTION TO MAKE MORE DEFINITE AND CERTAIN
          (ALBERTA SENA AND DOROTHEA SKALICKY) 18986-002 #272393

their complaint. This Motion, being made through the undersigned counsel and pursuant to Idaho Rule of Civil Procedure 12(e), requests that Plaintiffs Sena and Skalicky be required to make more definite and certain their complaint by pleading the number of instances as well as the date or time frame of their alleged assaults. A more definite and certain time frame is essential for the Province to consider the defense of the statute of limitations defense.

## POINTS AND AUTHORITIES

Idaho Rules of Civil Procedure 12(e), *Deaton v. Leibrock*, 114 Idaho 614, 617, 759 P.2d 905, 908 (Court App. 1988), and *Christensen v. Rice*, 114 Idaho 929, 935, 763 P.2d 302, 308 (Court App. 1988).

Dated this 27th day of February, 2009.

Respectfully submitted,

GREENER BURKE SHOEMAKER P.A.

By: _____
William Charles Tharp, ISB #3499
Telephone: 208.319.2600

Thomas V. Dulcich, OSB #802105, WSBA #13807, *anticipated pro hac vice*
SCHWABE, WILLIAMSON & WYATT, P.C.
Telephone: 503.222.9981

Of Attorneys for Defendant,
Society of Jesus, Oregon Province

Page 2 - DEFENDANT SOCIETY OF JESUS, OREGON PROVINCE'S MOTION TO MAKE MORE DEFINITE AND CERTAIN (ALBERTA SENA AND DOROTHEA SKALICKY) 18986-002 #272393

## CERTIFICATE OF SERVICE

I hereby certify that I caused to be served the foregoing Defendant Society of Jesus, Oregon Province's Motion to Make More Definite and Certain (Alberta Sena and Dorthea Skalicky) on the following named person(s) on the date indicated below, in the manner indicated below:

Leander L. James
JAMES, VERNON & WEEKS, P.A.
1626 Lincoln Way
Coeur d'Alene, ID 83814
Telephone: 208-667-0683
Fax: 208-664-1684
E-mail: ljames@jvwlaw.net
    Attorneys for Plaintiff

Andrew Chasan
Timothy Walton
CHASAN & WALTON, LLC
1459 Tyrell Lane
Boise, ID 83701
Telephone: 208-345-3760
Fax: 208-345-0288
E-mail: andrew.chasan@chasanwalton.com
E-mail: tim.walton@chasanwalton.com
    Attorneys for Plaintiff

Mike Pfau
GORDON, THOMAS, HONEYWELL,
MALANCA, PETERSON & DAHEIM LLP
600 University Street, #2101
Seattle, WA 98101
Telephone: 206-676-7533
Fax: 206-676-7575
E-mail: mpfau@gth-law.com
    Attorneys for Plaintiff

Tim Kosnoff
LAW OFFICES OF TIMOTHY DAVID KOSNOFF
600 University Street, #2100
Seattle, WA 98101
Telephone: 425-837-9690
Fax: 425-837-9692
E-mail: tim@kosnoff.com
    Attorneys for Plaintiff

William Charles Tharp